**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SPRINKLR, INC. DERIVATIVE LITIGATION | Case No. 1:25-cv-02513-LGS<br><br>(Consolidated with Case No. 1:25-cv-03591) |

**~~REQUEST AND [PROPOSED]~~ ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rules 41(a) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiffs Ray Figurella and Joel Newman (collectively, "Plaintiffs"), by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action without prejudice against the Individual Defendants and nominal defendant Sprinklr, Inc. ("Sprinklr" and with Individual Defendants, "Defendants" and with Plaintiff, the "Parties"). In support thereof, Plaintiffs state as follows:

WHEREAS, on March 26, 2025, Plaintiff Figurella filed a stockholder derivative action on behalf of Sprinklr in this Court for alleged violations of the federal securities laws, breach of fiduciary duties, unjust enrichment, and waste of corporate assets against Defendants, captioned *Figurella v. Thomas, et al.,* Case No. 1:25-cv-02513-LGS (the "*Figurella* Action");

WHEREAS, on April 30, 2025, Plaintiff Newman filed a stockholder derivative action on behalf of Sprinklr in this Court for alleged violations of the federal securities laws, breach of fiduciary duties, and unjust enrichment against Defendants, captioned *Newman v. Thomas, et al.*, Case No. 1:25-cv-03591 (the "*Newman* Action");

WHEREAS, on May 2, 2025, the Court entered an order (ECF No. 9) consolidating the *Figurella* Action and *Newman* Action into this Action (the "Action"), waiving service, and appointing co-lead plaintiffs' counsel;

WHEREAS, a related putative securities class action, filed on August 13, 2024, captioned *In re Sprinklr, Inc. Securities Litigation*, Case No. 1:24-cv-06132-LGS (S.D.N.Y.) (the "Securities Class Action"), was brought against Sprinklr and certain of its officers;

WHEREAS, on June 20, 2025, this Action was stayed by order of the Court pending the outcome of defendants' motion to dismiss the Securities Class Action (ECF No. 15);

WHEREAS, pursuant to paragraph 8 of the order staying this Action, the Parties are required to notify the Court within fourteen (14) days of "the dismissal of the Securities Class Action with prejudice" (ECF No. 15);

WHEREAS, on March 31, 2026, the Court granted defendants' motion to dismiss the Securities Class Action and gave plaintiffs in the Securities Class Action until April 21, 2026 to seek leave to replead;

WHEREAS, on April 21, 2026, plaintiffs in the Securities Class Action filed a letter stating that they will not seek leave to replead and consenting to dismissal of the Securities Class Action with prejudice;

WHEREAS, Plaintiffs have considered the decision dismissing the Securities Class Action and the impact thereof on the viability of the claims asserted in the Action and have determined to voluntarily dismiss the Action;

WHEREAS, as Defendants have not answered, moved to dismiss, moved for summary judgment, or otherwise responded to a complaint in the Action, dismissal under Fed. R. Civ. P. 41(a) is appropriate; and

WHEREAS, notice of the voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal; and (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or Sprinklr shareholders to pursue claims.

NOW THEREFORE, Plaintiffs respectfully requests pursuant to Fed R. Civ. P. 41(a) and 23.1(c), that:

1. The Action be dismissed without prejudice.

2. The Parties shall bear their own attorneys' fees, costs, and expenses in relation to the Action.

3. For the reasons stated above, no notice of dismissal is required under Rule 23.1(c).

Dated: May 5, 2026

**THE ROSEN LAW FIRM, P.A.**

/s/ *Erica L. Stone*
Erica L. Stone
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
estone@rosenlegal.com
philkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

Dated: May 5, 2026

**LEVI & KORSINSKY, LLP**

/s/ *Correy A. Suk*
Correy A. Suk
Gregory M. Nespole
Daniel Tepper

**SO ORDERED**

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

3

Dated: May 6, 2026
New York, New York

33 Whitehall Street, 27th Floor
New York, NY 10004
(212) 363-7500
csuk@zlk.com
gnespole@zlk.com
dtepper@zlk.com

*Co-Lead Counsel for Plaintiffs*